Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH<br><br>    Plaintiff(s),<br><br>v.<br><br>UNITED HEALTHCARE INS. CO.<br><br>    Defendant(s). | Case No: 4:18-CV-06336-HSG<br><br>**APPLICATION FOR<br>ADMISSION OF ATTORNEY<br>PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Michael W. Lieberman, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: United Healthcare Insurance Co. in the above-entitled action. My local co-counsel in this case is Jennifer Romano, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Crowell & Moring LLP, 1001 Pennsylvania Ave., NW, Washington, DC 20004 | Crowell & Moring LLP, 515 South Flower Street, 40th Floor, Los Angeles, CA 90071 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 624-2500 | (213) 622-4750 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mlieberman@crowell.com | jromano@crowell.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 988835.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/16/18              Michael W. Lieberman
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael W. Lieberman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/19/2018              *Haywood S. Gill, Jr.*
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Michael Wyld Lieberman*

was duly qualified and admitted on July 10, 2009 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 6, 2018.



JU IO A. CASTILLO
Clerk of the Court

h>mx!Br
District of Columbia Har Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email mem berservices@dcbar.org.