UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH, on her behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-6336-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**CLASS ACTION** |

**ORDER**

The Court, having considered the Stipulated Request to Extend the Briefing Schedule for Defendants' Motion to Dismiss, and good cause having been shown, orders as follows:

1. Plaintiff's deadline to file an Opposition to Defendants' Motion to Dismiss currently set for December 24, 2018 is extended to January 10, 2019.

2. Defendants' deadline to file a Reply in support of their Motion to Dismiss currently set for December 31, 2018 is extended to January 24, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 11, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge