UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH, on her behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTHCARE INSURANCE COMPANY and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**CLASS ACTION** |

**ORDER**

The Court, having considered the Stipulated Request to continue the Case Management Conference, and good cause having been shown, orders as follows:

1. The Case Management Conference currently set for Tuesday, January 22, 2019 at 2:00 p.m. is reset for Tuesday, March 21, 2019 at 2:00 p.m.

2. The deadline to file the Case Management Statement is reset from January 15, 2019 to March 14, 2019.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 26, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge