United States District Court
Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7    JANE SMITH,                              Case No. 18-cv-06336-HSG
8              Plaintiff,                     **AMENDED SCHEDULING ORDER**
9         v.                                  Dkt. No. 71
10   UNITED HEALTHCARE INSURANCE
     COMPANY, et al.,
11
             Defendants.
12

13        On January 28, 2020, the parties filed a stipulation to extend the existing case schedule.

14   *See* Dkt. No. 71. The Court held a telephonic conference to discuss the proposal on February 12,

15   2020. *See* Dkt. No. 76. The Court finds that good cause exists for the parties' limited extension

16   and **GRANTS** the stipulation. The Court accordingly **SETS** the following deadlines pursuant to

17   Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

18

| Event | Deadline |
|---|---|
| Close of First Fact Discovery Period | May 1, 2020 |
| Exchange Opening Class Certification Expert Reports | May 28, 2020 |
| Exchange Rebuttal Expert Reports | June 26, 2020 |
| Close of Expert Discovery Period | July 17, 2020 |
| Motion for Class Certification | September 10, 2020 |
| Opposition to Motion for Class Certification | October 8, 2020 |
| Reply in Support of Motion for Class Certification | October 29, 2020 |
| Hearing on Motion for Class Certification | November 19, 2020, 2:00 p.m. |

19
20
21
22
23
24
25
26
27
28

1   These dates may only be altered by order of the Court and only upon a showing of good

2   cause.  The parties are directed to review and comply with this Court's standing orders.

3       **IT IS SO ORDERED.**

4   Dated:  2/14/2020

5   _____
    HAYWOOD S. GILLIAM, JR.
6   United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California