1  PSYCH-APPEAL, INC.
   Meiram Bendat (Cal. Bar No. 198884)
2  8560 West Sunset Boulevard, Suite 500
   West Hollywood, CA 90069
3  Tel: (310) 598-3690, x.101
   Fax: (888) 975-1957
4  mbendat@psych-appeal.com

5  ZUCKERMAN SPAEDER LLP
   D. Brian Hufford (admitted *pro hac vice*)
6  Jason S. Cowart (admitted *pro hac vice*)
   Shawn Naunton (admitted *pro hac vice*)
7  Anant Kumar (admitted *pro hac vice*)
   Nell Z. Peyser (admitted *pro hac vice*)
8  485 Madison Ave., 10th Floor
   New York, NY 10022
9  Tel: (212) 704-9600
   Fax: (212) 704-4256
10 dbhufford@zuckerman.com
   jcowart@zuckerman.com
11 snaunton@zuckerman.com
   akumar@zuckerman.com
12 npeyser@zuckerman.com

13 ZUCKERMAN SPAEDER LLP
   Rachel F. Cotton (admitted *pro hac vice*)
14 1800 M Street, N.W., Suite 1000
   Washington, D.C. 20036
15 Tel: (202) 778-1800
   Fax: (202) 822-8106
16 rcotton@zuckerman.com

17 *Attorneys for Plaintiffs and the Putative Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**PLAINTIFFS' NOTICE OF WITHDRAWAL OF COUNSEL RACHEL F. COTTON AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 11-5(a), Rachel F. Cotton hereby withdraws as counsel of record for Plaintiffs, Jane Smith and Jane Roe, on behalf of themselves and all others similarly situated ("Plaintiffs"), and requests to be removed from the service list in the above-captioned action. Plaintiffs will continue to be represented by D. Brian Hufford, Jason S. Cowart, Shawn Naunton, Anant Kumar, and Nell Z. Peyser of Zuckerman Spaeder LLP, and Meiram Bendat of Psych-Appeal, Inc. The withdrawal of Rachel F. Cotton as counsel will not delay this action or prejudice any party.

Dated: June 11, 2020

ZUCKERMAN SPAEDER LLP

/s/ Rachel F. Cotton
Rachel F. Cotton (admitted *pro hac vice*)
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
Shawn Naunton (admitted *pro hac vice*)
Anant Kumar (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)

PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)

*Attorneys for Plaintiffs and the Putative Class*

**IT IS SO ORDERED.**

Dated: _____6/12/2020_____

HAYWOOD S. GILLIAM, JR.
United States District Judge