| | |
|---|---|
| 1 | JENNIFER S. ROMANO (SBN 195953) |
|   | NARAIN KUMAR (SBN 195953) |
| 2 | CROWELL & MORING LLP |
|   | 515 South Flower Street, 40th Floor |
| 3 | Los Angeles, CA  90071 |
|   | Telephone: (213) 622-4750 |
| 4 | Facsimile: (213) 622-2690 |
|   | jromano@crowell.com |
| 5 | mgomes@crowell.com |

MICHAEL W. LIEBERMAN (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
mlieberman@crowell.com

JARED L. FACHER (admitted *pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Floor
New York, NY  10022
Telephone: (212) 223-4000
Facsimile: (212) 223-4134
jfacher@crowell.com

*Attorneys for Defendants*

*Additional Counsel located on the next page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated, | Case No. 4:18-cv-06336-HSG |
| Plaintiffs, | **SECOND STIPULATED REQUEST TO STAY ACTION** AND ORDER |
| v. | **CLASS ACTION** |
| UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH, | Judge:    Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

1  PSYCH-APPEAL, INC.
   Meiram Bendat (Cal. Bar No. 198884)
2  8560 West Sunset Boulevard, Suite 500
   West Hollywood, CA 90069
3  Tel: (310) 598-3690, x.101
   Fax: (310) 564-0040
4  meiram@psych-appeal.org

5  ZUCKERMAN SPAEDER LLP
   D. Brian Hufford (admitted *pro hac vice*)
6  Jason S. Cowart (admitted *pro hac vice*)
   Anant Kumar (admitted *pro hac vice*)
7  Nell Z. Peyser (admitted *pro hac vice*)
   485 Madison Ave., 10th Floor
8  New York, NY 10022
   Tel: (212) 704-9600
9  Fax: (917) 261-5864
   dbhufford@zuckerman.com
10 jcowart@zuckerman.com
   akumar@zuckerman.com
11 npeyser@zuckerman.com

12 *Attorneys for Plaintiffs and the Putative Class*

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and
2    through their respective counsel of record, hereby jointly stipulate and request as follows:
3    WHEREAS, on March 13, 2020, by joint stipulation (the "March 13 Joint
4    Stipulation"), the parties requested a 90-day stay of proceedings to allow the parties to focus
5    their attention on the resolution of this matter (Dkt. No. 91);
6    WHEREAS, on March 16, 2020, the Court "So Ordered" the March 13 Joint
7    Stipulation (Dkt. No. 93);
8    WHEREAS, the parties similarly requested a 90-day stay of proceedings in the related
9    case of *Jane Doe v. UnitedHealth Group, Inc. et al.*, Case No. 17-cv-4160 (E.D.N.Y.) (the
10   "*Doe* case"), which was also granted;
11   WHEREAS, since March 16, 2020, the parties have made progress in their settlement
12   discussions in both this case and the *Doe* case, but have not yet reached a settlement;
13   WHEREAS, the parties request an additional 90-day stay of the proceedings to allow
14   settlement discussions to continue without the unnecessary expenditure of party and judicial
15   resources on this litigation;
16   WHEREAS, the parties are contemporaneously seeking an additional 90-day stay in
17   the *Doe* case as well; and
18   WHEREAS, there is good cause to continue to stay proceedings in this matter.
19   **IT IS HEREBY STIPULATED AND AGREED** as follows:
20       1. All existing deadlines in the case, including those reflected in the Amended
21          Scheduling Order issued on February 14, 2020 (Dkt. No. 77), continue to be
22          vacated; and
23       2. The parties shall submit a joint status report on or before September 14, 2020
24          updating the court as to the status of settlement discussions or, alternatively,
25          proposing new deadlines for proceedings in this matter if discussions between
26          the parties appear unlikely to resolve the matter.

| | | |
|---|---|---|
| 1 | Dated: June 12, 2020 | CROWELL & MORING LLP |
| 2 | | By: /s/ Michael W. Lieberman |
| 3 | | Michael W. Lieberman<br>*Attorneys for the Defendants* |

Dated: June 12, 2020                ZUCKERMAN SPAEDER LLP

By: /s/ Nell Z. Peyser
    Nell Z. Peyser
    *Attorneys for Plaintiffs and the Putative Class*

# FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: June 12, 2020                /s/ Michael W. Lieberman
                                    Michael W. Lieberman

**IT IS SO ORDERED.**

DATED: 6/15/2020                    By: *[signature]*
                                    HAYWOOD S. GILLIAM, JR.
                                    United States District Judge