1  JENNIFER S. ROMANO (SBN 195953)
   NARAIN KUMAR (SBN 195953)
2  CROWELL & MORING LLP
   515 South Flower Street, 40th Floor
3  Los Angeles, CA  90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690
   jromano@crowell.com
5  mgomes@crowell.com

6  MICHAEL W. LIEBERMAN (admitted *pro hac vice*)
   CROWELL & MORING LLP
7  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
8  Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
9  mlieberman@crowell.com

10 JARED L. FACHER (admitted *pro hac vice*)
   CROWELL & MORING LLP
11 590 Madison Avenue, 20th Floor
   New York, NY  10022
12 Telephone: (212) 223-4000
   Facsimile: (212) 223-4134
13 jfacher@crowell.com

14 *Attorneys for Defendants*

15 *Additional Counsel located on the next page*

16

17              **UNITED STATES DISTRICT COURT**
                **NORTHERN DISTRICT OF CALIFORNIA**
18                       **OAKLAND DIVISION**

19
   JANE SMITH and JANE ROE, on behalf       Case No. 4:18-cv-06336-HSG
20 of themselves and all others similarly
   situated,                                **THIRD STIPULATED REQUEST**
21                                          **TO STAY ACTION**
                    Plaintiffs,
22                                          _____
           v.
23                                                   **CLASS ACTION**
   UNITED HEALTHCARE INSURANCE
24 CO. and UNITED BEHAVIORAL               Judge:  Hon. Haywood S. Gilliam, Jr.
   HEALTH,
25
                    Defendants.
26

27

28

1

PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)

2

8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069

3

Tel: (310) 598-3690, x.101
Fax: (310) 564-0040

4

meiram@psych-appeal.org

5

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)

6

Jason S. Cowart (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)

7

485 Madison Ave., 10th Floor
New York, NY 10022

8

Tel: (212) 704-9600
Fax: (917) 261-5864

9

dbhufford@zuckerman.com
jcowart@zuckerman.com

10

npeyser@zuckerman.com

11

*Attorneys for Plaintiffs and the Putative Class*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1         Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and

2    through their respective counsel of record, hereby jointly stipulate and request as follows:

3         WHEREAS, on March 13, 2020, by joint stipulation (the "March 13 Joint

4    Stipulation"), the parties requested a 90-day stay of proceedings to allow the parties to focus

5    their attention on the resolution of this matter (Dkt. No. 91);

6         WHEREAS, on March 16, 2020, the Court "So Ordered" the March 13 Joint

7    Stipulation (Dkt. No. 93);

8         WHEREAS, the parties similarly requested a 90-day stay of proceedings in the related

9    case of *Jane Doe v. UnitedHealth Group, Inc. et al.*, Case No. 17-cv-4160 (E.D.N.Y.) (the

10   "*Doe* case"), which was also granted;

11        WHEREAS, on June 12, 2020, by joint stipulation (the "June 12 Joint Stipulation"),

12   the parties requested a second 90-day stay of proceedings to allow the parties to continue their

13   settlement discussions (Dkt. No. 97);

14        WHEREAS, on June 15, 2020, the Court "So Ordered" the June 12 Joint Stipulation

15   (Dkt. No. 98);

16        WHEREAS, the parties similarly requested a 90-day stay of proceedings in the *Doe*

17   case, which was also granted;

18        WHEREAS, since June 15, 2020, the parties have communicated regularly regarding

19   their respective positions on settlement and discussed terms for potential resolution in both this

20   case and the *Doe* case;

21        WHEREAS, the parties have not yet reached a resolution, but are continuing to work

22   together cooperatively and make meaningful progress;

23        WHEREAS, the parties request an additional 90-day stay of the proceedings to allow

24   settlement discussions to continue without the unnecessary expenditure of party and judicial

25   resources on this litigation;

26        WHEREAS, the parties are contemporaneously seeking an additional 90-day stay in

27   the *Doe* case; and

28        WHEREAS, there is good cause to continue to stay proceedings in this matter.

1    **IT IS HEREBY STIPULATED AND AGREED** as follows:

2          1.   All existing deadlines in the case, including those reflected in the Amended

3                Scheduling Order issued on February 14, 2020 (Dkt. No. 77), continue to be

4                vacated; and

5          2.   The parties shall submit a joint status report on or before December 14, 2020

6                updating the court as to the status of settlement discussions or, alternatively,

7                proposing new deadlines for proceedings in this matter if discussions between

8                the parties appear unlikely to resolve the matter.

9

10   Dated:  September 14, 2020              CROWELL & MORING LLP

11                                          By:   /s/  Michael W. Lieberman
                                                  Michael W. Lieberman
12                                                *Attorneys for the Defendants*

13

14   Dated:  September 14, 2020              ZUCKERMAN SPAEDER LLP

15                                          By:   /s/   Nell Z. Peyser
                                                  Nell Z. Peyser
16                                                *Attorneys for Plaintiffs and the Putative Class*

17

18                          **FILER'S ATTESTATION**

19        Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the

20   filing of this document has been obtained from the other signatories.

21

22   Dated: September 14, 2020                    /s/ Michael W. Lieberman
                                                  Michael W. Lieberman
23

24

25   **IT IS SO ORDERED.**

26
                                            By:   /s/
27                                                HAYWOOD S. GILLIAM, JR.
                                                  United States District Judge
28