1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**[PROPOSED] SCHEDULING ORDER**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court sets the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Class Certification Period | Proposed Deadline |
|---|---|
| Deadline to file motions to compel relating to discovery disputes as of that date | January 22, 2021 |
| Substantial completion of all document productions and written fact discovery (other than that which are the subject of | February 19, 2021 |

| Class Certification Period | Proposed Deadline |
|---|---|
| the motions to compel) | |
| Completion of any further document production and written fact discovery arising out of rulings on the motions to compel filed by January 22, 2021 (if ruled upon on or before February 19, 2021) | March 19, 2021 |
| Completion of fact depositions | April 16, 2021 |
| Exchange of opening class certification expert reports, and completion of any further fact discovery arising out of deposition testimony | May 7, 2021 |
| Exchange of rebuttal class certification expert reports | June 4, 2021 |
| Close of class certification expert discovery | June 18, 2021 |
| Plaintiff's motion for class certification due | July 16, 2021 |
| Opposition to motion for class certification due | August 27, 2021 |
| Reply in support of class certification due | September 24, 2021 |
| Hearing on motion for class certification | To be determined based on Court availability |

This scheduling order supersedes and replaces all deadlines previously set by the Court.

**IT IS SO ORDERED.**

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge