UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>                    Defendants. | Case No.  18-cv-06336-HSG<br><br>**AMENDED SCHEDULING ORDER** |

The Court previously stayed this action through December 14, 2020, to facilitate the parties' settlement discussions. *See* Dkt. No. 91.  On December 14, the parties filed a joint status report indicating that they have made progress in their settlement discussions, which remain ongoing, but have not yet reached a resolution.  Dkt. No. 104.  The Court accordingly **LIFTS** the stay, and finds that good cause exists to amend the scheduling order.  Having reviewed the parties' proposal, the Court adopts it and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to file motions to compel relating to discovery disputes as of that date | January 22, 2021 |
| Substantial completion of all document productions and written fact discovery (other than that which are the subject of the motions to compel) | February 19, 2021 |
| Completion of any further document production and written fact discovery arising out of rulings on the motions to compel filed by January 22, 2021 (if ruled upon on or before February 19, 2021) | March 19, 2021 |

United States District Court
Northern District of California

| Completion of fact depositions | April 16, 2021 |
|---|---|
| Exchange of opening class certification expert reports, and completion of any further fact discovery arising out of deposition testimony | May 7, 2021 |
| Exchange of rebuttal class certification expert reports | June 4, 2021 |
| Close of class certification expert discovery | June 18, 2021 |
| Plaintiff's motion for class certification due | July 16, 2021 |
| Opposition to motion for class certification due | August 27, 2021 |
| Reply in support of class certification due | September 24, 2021 |
| Hearing on motion for class certification | October 14, 2021, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:  12/16/2020

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California

2