PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
dbhufford@zuckerman.com
jcowart@zuckerman.com
npeyser@zuckerman.com

ZUCKERMAN SPAEDER LLP
Andrew N. Goldfarb (Cal. Bar No. 235615)
Daniel K. Amzallag (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

*Attorneys for Plaintiffs and the Putative Class*

*Additional Counsel located on the next page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**STIPULATION AND REQUEST FOR BRIEFING SCHEDULE ON DISCOVERY MOTION AND EXTENSION OF SCHEDULE**<br><br>Judge:   Hon. Haywood S. Gilliam, Jr. |

| | |
|---|---|
| 1 | CROWELL & MORING LLP |
| 2 | Jennifer S. Romano (SBN 195953)<br>Narain Kumar (SBN 195953) |
| 3 | 515 South Flower Street, 40th Floor<br>Los Angeles, CA  90071 |
| 4 | Telephone: (213) 622-4750<br>Facsimile: (213) 622-2690 |
| 5 | jromano@crowell.com<br>nkumar@crowell.com |
| 6 | CROWELL & MORING LLP |
| 7 | Michael W. Lieberman (admitted *pro hac vice*)<br>1001 Pennsylvania Avenue, N.W. |
| 8 | Washington, D.C. 20004-2595<br>Telephone: (202) 624-2500 |
| 9 | Facsimile: (202) 628-5116<br>mlieberman@crowell.com |
| 10 | CROWELL & MORING LLP |
| 11 | Jared L. Facher (admitted *pro hac vice*)<br>590 Madison Avenue, 20th Floor |
| 12 | New York, NY  10022<br>Telephone: (212) 223-4000 |
| 13 | Facsimile: (212) 223-4134<br>jfacher@crowell.com |
| 14 | *Attorneys for Defendants* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1       Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and
2  through their respective counsel of record, hereby jointly stipulate and request as follows:
3       WHEREAS, on December 14, 2020, the parties submitted a joint status report (the
4  "Joint Status Report") to the Court in which the parties proposed a schedule for resuming
5  discovery following the stay of this action (Dkt. No. 104);
6       WHEREAS, on December 16, 2020, the Court approved the Joint Status Report
7  and the proposed amended scheduling order (the "Amended Scheduling Order")
8  (Dkt. No. 105);
9       WHEREAS, since that time, the parties have made significant progress toward
10 completing discovery and have resolved most open disputes, including the production of
11 several volumes of documents, interrogatories, and other items that had been outstanding
12 prior to the stay;
13      WHEREAS, the parties have also made significant progress on certain outstanding
14 privilege disputes, through multiple meet-and-confer sessions, the exchange of more than
15 a half-dozen letters, and compromise agreements as to some documents;
16      WHEREAS, the parties anticipate that they will not be able to resolve, without the
17 Court's assistance, a disagreement over whether a fiduciary exception applies to certain
18 documents that Defendants have redacted or withheld on grounds of the attorney-client
19 privilege and the work-product doctrine;
20      WHEREAS, to facilitate orderly briefing and full consideration, the parties
21 request a sequential briefing schedule for a motion on the privilege issue, as proposed in
22 this stipulation;
23      WHEREAS, the parties continue to discuss other discovery issues.  To the extent
24 necessary, the parties also may file joint letter-motions by March 12, 2021 on other
25 discovery disputes that become ripe and remain unresolved on or before that date;
26      WHEREAS, the parties request an extension of all discovery deadlines of forty-
27 five (45) days, to allow the Court time to rule on the motion(s), and if there are rulings in
28

whole or in part in Plaintiffs' favor, for Defendants to produce affected documents prior to depositions;

WHEREAS, the parties anticipate briefing some of these issues simultaneously in *Doe v. Oxford Health Ins. Inc.*, No. 1:17-cv-4160-AMD-RML (E.D.N.Y.), a parallel action to this one; and

WHEREAS, the parties anticipate moving the *Doe* court to conform the *Doe* schedule approximately to the schedule proposed herein;

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1. The parties will brief the disputed privilege issues concerning the scope of the attorney-client privilege, the work-product doctrine, the fiduciary exception, as well as motions on other ripe, unresolved outstanding discovery disputes (if needed), in accordance with the following schedule:

- March 8, 2021:  Plaintiffs will identify to Defendants the principal documents that Plaintiffs will address in their motion on the privilege issues;

- March 12, 2021:  Plaintiffs' opening brief on privilege issues, and the parties' joint letters on other ripe, unresolved outstanding discovery disputes (if needed);

- March 26, 2021:  Defendants' response brief on privilege issues;

- April 2, 2021:  Plaintiffs' reply brief on privilege issues.

2. All existing deadlines in this case, including those referenced in the Amended Scheduling Order (Dkt. No. 105) are vacated and reset consistent with the proposed scheduling order that is being submitted with this stipulation.

| | | |
|---|---|---|
|1| Dated: March 4, 2021 | |
|2| | |
|3| By: /s/ *Jason S. Cowart* | By: /s/ *Michael W. Lieberman* |
|4| Andrew N. Goldfarb (Cal. Bar No. 235615) | Michael W. Lieberman (*pro hac vice*) |
| | | CROWELL & MORING LLP |
|5| Daniel K. Amzallag (*pro hac vice*) | 1001 Pennsylvania Avenue, N.W. |
| | ZUCKERMAN SPAEDER LLP | Washington, DC 20004 |
|6| 1800 M Street, N.W., Suite 1000 | Tel: (202) 264-2500 |
|7| Washington, DC 20036 | Fax: (202) 628-5116 |
| | Tel: (202)778.1800 | mlieberman@crowell.com |
|8| Fax: (202) 822.8106 | |
| | agoldfarb@zuckerman.com | Jared L. Facher (*pro hac vice*) |
|9| damzallag@zuckerman.com | CROWELL & MORING LLP |
| | | 590 Madison Avenue, 20th Floor |
|10| D. Brian Hufford (*pro hac vice*) | New York, NY 10022 |
| | Jason S. Cowart (*pro hac vice*) | Telephone: (212) 223-4000 |
|11| Nell Z. Peyser (*pro hac vice*) | Facsimile: (212) 223-4134 |
| | ZUCKERMAN SPAEDER LLP | jfacher@crowell.com |
|12| 485 Madison Ave., 10th Floor | |
| | New York, NY 10022 | Jennifer S. Romano (SBN 195953) |
|13| Tel: (212) 704-9600 | Narain Kumar (SBN 301533) |
| | Fax: (917) 261-5864 | CROWELL & MORING LLP |
|14| dbhufford@zuckerman.com | 515 South Flower Street, 40th Floor |
| | jcowart@zuckerman.com | Los Angeles, CA 90071 |
|15| npeyser@zuckerman.com | Tel: (213) 622-4750 |
|16| PSYCH-APPEAL, INC. | Fax: (213) 622-2690 |
| | Meiram Bendat (Cal. Bar No. 198884) | jromano@crowell.com |
|17| 8560 West Sunset Boulevard, Suite 500 | nkumar@crowell.com |
| | West Hollywood, CA 90069 | |
|18| Tel: (310) 598-3690, x.101 | *Attorneys for Defendants* |
| | Fax: (888) 975-1957 | |
|19| mbendat@psych-appeal.com | |
|20| *Attorneys for Plaintiffs and the Putative Class* | |
|21| | |

## **ATTESTATION**

I, Jason S. Cowart, am the ECF user whose ID and password are being used to file the above joint letter. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that listed counsel above has concurred in this filing.

/s/ *Jason S. Cowart*
Jason S. Cowart