UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE SMITH, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-06336-HSG<br><br>**AMENDED SCHEDULING ORDER**<br><br>Re: Dkt. No. 117 |

On March 4, 2021, the parties filed a joint stipulation indicating that they have made progress in completing discovery, but anticipate needing the Court's assistance to resolve a dispute regarding the production of certain documents. Dkt. No. 117. Given this dispute, the parties request a 45-day extension of discovery and class certification deadlines. *Id.* The Court finds good cause exists to amend the scheduling order. Having reviewed the parties' proposal, the Court adopts it in part and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Completion of fact depositions | May 31, 2021 |
| Exchange of opening class certification expert reports, and completion of any further fact discovery arising out of deposition testimony | June 21, 2021 |
| Exchange of rebuttal class certification expert reports | July 19, 2021 |
| Close of class certification expert discovery | August 2, 2021 |

| Plaintiff's motion for class certification due | September 13, 2021 |
|---|---|
| Opposition to motion for class certification due | October 25, 2021 |
| Reply in support of class certification due | November 22, 2021 |
| Hearing on motion for class certification | December 16, 2021, at 2:00 p.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. The parties are further **DIRECTED** to follow Judge Westmore's standing orders and procedures for any anticipated discovery disputes. This terminates Dkt. No. 117.

**IT IS SO ORDERED.**

Dated: 3/8/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2