1    PSYCH-APPEAL, INC.
2    Meiram Bendat (Cal. Bar No. 198884)
     8560 West Sunset Boulevard, Suite 500
     West Hollywood, CA 90069
3    Tel: (310) 598-3690, x.101
     Fax: (888) 975-1957
4    mbendat@psych-appeal.com

5    ZUCKERMAN SPAEDER LLP
     D. Brian Hufford (admitted *pro hac vice*)
6    Jason S. Cowart (admitted *pro hac vice*)
     Nell Z. Peyser (admitted *pro hac vice*)
7    485 Madison Ave., 10th Floor
     New York, NY 10022
8    Tel: (212) 704-9600
     Fax: (917) 261-5864
9    dbhufford@zuckerman.com
     jcowart@zuckerman.com
10    npeyser@zuckerman.com

11    ZUCKERMAN SPAEDER LLP
     Andrew N. Goldfarb (Cal. Bar No. 235615)
12    Daniel K. Amzallag (admitted *pro hac vice*)
     1800 M Street, N.W., Suite 1000
13    Washington, D.C. 20036
     Tel: (202) 778-1800
14    Fax: (202) 822-8106
     agoldfarb@zuckerman.com
15    damzallag@zuckerman.com

16    *Attorneys for Plaintiffs and the Putative Class*

17    *Additional Counsel located on the next page*

18
19          **UNITED STATES DISTRICT COURT**
         **NORTHERN DISTRICT OF CALIFORNIA**
20          **OAKLAND DIVISION**

| | |
|---|---|
| 21   JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated, | Case No. 4:18-cv-06336-HSG (KAW) |
| 22 | **STIPULATION AND REQUEST FOR SEQUENCED BRIEFING SCHEDULE ON DISCOVERY MOTION** |
| 23         Plaintiffs, | |
| 24         v. | Judge:    Hon. Haywood S. Gilliam, Jr. |
| 25   UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH, | Magistrate Judge: Hon. Kandis A. Westmore |
| 26 | |
| 27         Defendants. | |
| 28 | |

1  CROWELL & MORING LLP
   Jennifer S. Romano (SBN 195953)
2  Narain Kumar (SBN 195953)
   515 South Flower Street, 40th Floor
3  Los Angeles, CA  90071
   Telephone: (213) 622-4750
4  Facsimile: (213) 622-2690
   jromano@crowell.com
5  nkumar@crowell.com

6  CROWELL & MORING LLP
   Michael W. Lieberman (admitted *pro hac vice*)
7  1001 Pennsylvania Avenue, N.W.
   Washington, D.C. 20004-2595
8  Telephone: (202) 624-2500
   Facsimile: (202) 628-5116
9  mlieberman@crowell.com

10 CROWELL & MORING LLP
   Jared L. Facher (admitted *pro hac vice*)
11 590 Madison Avenue, 20th Floor
   New York, NY  10022
12 Telephone: (212) 223-4000
   Facsimile: (212) 223-4134
13 jfacher@crowell.com

14 *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-2, the parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and request as follows:

WHEREAS, on March 8, 2021, Judge Gilliam issued an Amended Scheduling Order (ECF No. 118) that directs the parties to follow Your Honor's standing orders and procedures for discovery disputes, ECF No. 118 at 2;

WHEREAS, under those established procedures, the parties must submit joint letters, which may not exceed five pages, and attachments are limited to exact copies of discovery requests and responses;

WHEREAS, as noted in the parties' stipulation (ECF No. 117) that was terminated by the Amended Scheduling Order, the parties have a dispute over the applicability and scope of the fiduciary exception to privilege. The parties have met and conferred extensively about this issue but have been unable to resolve the dispute;

WHEREAS, the parties respectfully suggest that there is good cause for a departure from Your Honor's briefing procedures, and that additional pages are necessary to fully address the issues in dispute. To streamline the motion, Plaintiffs have identified to Defendants an exemplar set of documents (both redacted documents and privilege log entries) that Plaintiffs will address in their motion. Five pages is not sufficient for both sides to set out their views of the law and to explain to the Court why the documents should or should not remain privileged; and

WHEREAS, in addition, the nature of this issue suggests that a sequenced approach to briefing may be the most effective way to address this issue: Plaintiffs would first address why they believe the fiduciary exception compels the production of the identified documents, and Defendants would then respond to those arguments, rather a single joint letter brief where the parties may address different aspects of the subject documents. Plaintiff would then file a brief reply.

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1.     The parties will submit the privilege dispute concerning the fiduciary

exception under sequential briefing, rather than a joint letter, with Plaintiffs' opening brief due March 12, 2021, Defendants' response due March 26, 2021, and Plaintiffs' reply due April 2, 2021;

2.  The opening and response briefs shall be no more than 20 double-spaced pages each; Plaintiff may file a reply brief of up to 7 double-spaced pages;

3.  The parties may file as attachments the documents and privilege log excerpts at issue, and other exhibits the parties contend bear on resolution of this issue, which may exceed 12 pages.

4.  All other deadlines in this case, including those set out in the Amended Scheduling Order (ECF No. 118), remain in place.

STIPULATION AND REQUEST FOR BRIEFING SCHEDULE
CASE NO. 4:18-cv-06336-HSG

1

Dated: March 10, 2021

2

3

By: /s/ *Jason S. Cowart*                    By: /s/ *Michael W. Lieberman*

4

Andrew N. Goldfarb (Cal. Bar No.           Michael W. Lieberman (*pro hac vice*)
235615)                                     CROWELL & MORING LLP

5

Daniel K. Amzallag (*pro hac vice*)         1001 Pennsylvania Avenue, N.W.
ZUCKERMAN SPAEDER LLP                        Washington, DC 20004

6

1800 M Street, N.W., Suite 1000             Tel: (202) 264-2500
Washington, DC 20036                         Fax: (202) 628-5116

7

Tel: (202)778.1800                           mlieberman@crowell.com

8

Fax: (202) 822.8106
agoldfarb@zuckerman.com

9

damzallag@zuckerman.com                      Jared L. Facher (*pro hac vice*)
CROWELL & MORING LLP

10

D. Brian Hufford (*pro hac vice*)           590 Madison Avenue, 20th Floor
Jason S. Cowart (*pro hac vice*)             New York, NY  10022

11

Nell Z. Peyser (*pro hac vice*)             Telephone: (212) 223-4000
ZUCKERMAN SPAEDER LLP                        Facsimile: (212) 223-4134

12

485 Madison Ave., 10th Floor                jfacher@crowell.com
New York, NY 10022

13

Tel: (212) 704-9600                          Jennifer S. Romano (SBN 195953)
Fax: (917) 261-5864                          Narain Kumar (SBN 301533)

14

dbhufford@zuckerman.com                      CROWELL & MORING LLP
jcowart@zuckerman.com                        515 South Flower Street, 40th Floor

15

npeyser@zuckerman.com                        Los Angeles, CA 90071
Tel: (213) 622-4750

16

PSYCH-APPEAL, INC.                           Fax: (213) 622-2690
Meiram Bendat (Cal. Bar No. 198884)          jromano@crowell.com

17

8560 West Sunset Boulevard, Suite 500        nkumar@crowell.com
West Hollywood, CA 90069

18

Tel: (310) 598-3690, x.101
Fax: (888) 975-1957                          *Attorneys for Defendants*

19

mbendat@psych-appeal.com

20

*Attorneys for Plaintiffs and the*
*Putative Class*

21

## ATTESTATION

22

23

    I, Jason S. Cowart, am the ECF user whose ID and password are being used to file the
above joint letter.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that listed

24

counsel above has concurred in this filing.

25

                                    /s/ *Jason S. Cowart*

26

                                    Jason S. Cowart

27

28

3