PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
dbhufford@zuckerman.com
jcowart@zuckerman.com
npeyser@zuckerman.com

ZUCKERMAN SPAEDER LLP
Andrew N. Goldfarb (Cal. Bar No. 235615)
Daniel K. Amzallag (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

*Attorneys for Plaintiffs and the Putative Class*

*Additional Counsel located on the next page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>          v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>             Defendants. | Case No. 4:18-cv-06336-HSG (KAW)<br><br>**STIPULATION AND REQUEST FOR PAGE EXTENSION AND FOR LEAVE TO FILE ADDITIONAL EXHIBITS WITH JOINT DISCOVERY LETTER**<br><br>Magistrate Judge: Hon. Kandis A. Westmore |

1   CROWELL & MORING LLP
    Jennifer S. Romano (SBN 195953)
2   Narain Kumar (SBN 195953)
    515 South Flower Street, 40th Floor
3   Los Angeles, CA  90071
    Telephone: (213) 622-4750
4   Facsimile: (213) 622-2690
    jromano@crowell.com
5   nkumar@crowell.com

6   CROWELL & MORING LLP
    Michael W. Lieberman (admitted *pro hac vice*)
7   1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595
8   Telephone: (202) 624-2500
    Facsimile: (202) 628-5116
9   mlieberman@crowell.com

10  CROWELL & MORING LLP
    Jared L. Facher (admitted *pro hac vice*)
11  590 Madison Avenue, 20th Floor
    New York, NY  10022
12  Telephone: (212) 223-4000
    Facsimile: (212) 223-4134
13  jfacher@crowell.com

14  *Attorneys for Defendants*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil Local Rule 6-2 and the Court's March 18, 2021 Order Denying Stipulation For Briefing Schedule On Discovery Motion (ECF No. 120), the parties in the above-captioned action, by and through their respective counsel of record, hereby jointly stipulate and request as follows:

WHEREAS, on March 8, 2021, Judge Gilliam issued an Amended Scheduling Order (ECF No. 118) that directs the parties to follow Your Honor's standing orders and procedures for discovery disputes, ECF No. 118 at 2;

WHEREAS, under those established procedures, the parties must submit joint letters, not to exceed five pages, and attachments are limited to exact copies of discovery requests and responses;

WHEREAS, as noted in the parties' stipulation (ECF No. 117) that was terminated by the Amended Scheduling Order, the parties have a dispute over the applicability and scope of the fiduciary exception to privilege. The parties have met and conferred extensively about this issue but have been unable to resolve the dispute;

WHEREAS, in the Court's March 18 Order (ECF No. 120), the Court denied the parties' request to file sequenced briefs, and stated that the parties "may request a page extension and leave to attach exhibits other than those permitted by" the Court's standing order concerning joint discovery letters; and

WHEREAS, the parties respectfully suggest that there is good cause for a departure from the established page and attachment parameters in Your Honor's procedures concerning joint discovery letters, and that additional pages and attachments are necessary to fully address the issues in dispute. To streamline the motion, Plaintiffs have identified to Defendants an exemplar set of documents (both redacted documents and privilege log entries) that the parties will address in the joint letter. Five pages is not sufficient for both sides to set out their views of the law and to explain to the Court why the documents should or should not remain privileged.

**IT IS HEREBY STIPULATED AND AGREED** as follows:

1.      The parties will submit the privilege dispute concerning the fiduciary exception by joint discovery letter within ten (10) days of entry of an order granting this stipulation and request;

2.      The joint letter may be up to twenty (20) single-spaced pages, equally divided between the parties;

3.      The parties may file as attachments the documents and privilege log excerpts at issue, and other exhibits the parties contend bear on resolution of this issue, and the volume of attachments may exceed twelve (12) pages.

4.      All other deadlines in this case, including those set out in the Amended Scheduling Order (ECF No. 118), remain in place.

1  Dated: March 22, 2021

2

3  By: /s/ *Jason S. Cowart*                          By: /s/ *Michael W. Lieberman*

4  Andrew N. Goldfarb (Cal. Bar No.                   Michael W. Lieberman (*pro hac vice*)
   235615)                                            CROWELL & MORING LLP
5  Daniel K. Amzallag (*pro hac vice*)                1001 Pennsylvania Avenue, N.W.
   ZUCKERMAN SPAEDER LLP                              Washington, DC 20004
6  1800 M Street, N.W., Suite 1000                    Tel: (202) 264-2500
   Washington, DC 20036                               Fax: (202) 628-5116
7  Tel: (202)778.1800                                 mlieberman@crowell.com
8  Fax: (202) 822.8106
   agoldfarb@zuckerman.com                            Jared L. Facher (*pro hac vice*)
9  damzallag@zuckerman.com                            CROWELL & MORING LLP
                                                      590 Madison Avenue, 20th Floor
10 D. Brian Hufford (*pro hac vice*)                  New York, NY 10022
   Jason S. Cowart (*pro hac vice*)                   Telephone: (212) 223-4000
11 Nell Z. Peyser (*pro hac vice*)                    Facsimile: (212) 223-4134
   ZUCKERMAN SPAEDER LLP                              jfacher@crowell.com
12 485 Madison Ave., 10th Floor
   New York, NY 10022                                 Jennifer S. Romano (SBN 195953)
13 Tel: (212) 704-9600                                Narain Kumar (SBN 301533)
   Fax: (917) 261-5864                                CROWELL & MORING LLP
14 dbhufford@zuckerman.com                            515 South Flower Street, 40th Floor
   jcowart@zuckerman.com                              Los Angeles, CA 90071
15 npeyser@zuckerman.com                              Tel: (213) 622-4750
                                                      Fax: (213) 622-2690
16 PSYCH-APPEAL, INC.                                 jromano@crowell.com
   Meiram Bendat (Cal. Bar No. 198884)                nkumar@crowell.com
17 8560 West Sunset Boulevard, Suite 500
   West Hollywood, CA 90069                           *Attorneys for Defendants*
18 Tel: (310) 598-3690, x.101
   Fax: (888) 975-1957
19 mbendat@psych-appeal.com

20 *Attorneys for Plaintiffs and the*
   *Putative Class*

21
                              **ATTESTATION**
22

23      I, Jason S. Cowart, am the ECF user whose ID and password are being used to file the

24 above joint letter.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that listed
   counsel above has concurred in this filing.

25
                                          /s/ *Jason S. Cowart*
26                                        Jason S. Cowart

27

28
                                          3