PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (888) 975-1957
mbendat@psych-appeal.com

ZUCKERMAN SPAEDER LLP
D. Brian Hufford (admitted *pro hac vice*)
Jason S. Cowart (admitted *pro hac vice*)
Nell Z. Peyser (admitted *pro hac vice*)
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
dbhufford@zuckerman.com
jcowart@zuckerman.com
npeyser@zuckerman.com

ZUCKERMAN SPAEDER LLP
Andrew N. Goldfarb (Cal. Bar No. 235615)
Daniel K. Amzallag (admitted *pro hac vice*)
1800 M Street, N.W., Suite 1000
Washington, D.C. 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

*Attorneys for Plaintiffs and the Putative Class*

*Additional Counsel located on the next page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,

Defendants.

Case No. 4:18-cv-06336-HSG (KAW)

**NOTICE OF SETTLEMENT AND STIPULATION TO STAY PROCEEDINGS**

Judge: Hon. Haywood S. Gilliam, Jr.
Magistrate Judge: Hon. Kandis A. Westmore

CROWELL & MORING LLP
Jennifer S. Romano (SBN 195953)
Narain Kumar (SBN 301533)
Margaret Carroll Gomes (SBN 301929)
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Telephone: (213) 622-4750
Facsimile: (213) 622-2690
jromano@crowell.com
nkumar@crowell.com

CROWELL & MORING LLP
Christopher Flynn (admitted *pro hac vice*)
Michael W. Lieberman (admitted *pro hac vice*)
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
mlieberman@crowell.com

*Attorneys for Defendants*

Plaintiffs Jane Smith and Jane Roe ("Plaintiffs") and Defendants United Healthcare Insurance Company and United Behavioral Health ("Defendants") (collectively, the "Parties") hereby provide notice that they have agreed in principle upon terms of a class settlement to resolve the above-captioned matter; the related litigation captioned *Jane Doe v. UnitedHealth Group, Inc.*, Case No. 1:17-cv-4160 (E.D.N.Y.); and related investigations of United and its affiliates by the U.S. Department of Labor ("DOL") and Office of the New York Attorney General ("NYAG").

Given the participation of the NYAG and DOL's Office of the New York Solicitor in the agreement in principle, and to conserve judicial resources by avoiding duplicative settlement proceedings, within the next two weeks, the Parties will move to transfer this case and consolidate it with the *Jane Doe* case in the U.S. District Court for the Eastern District of New York for purposes of submission and approval of a consolidated class settlement. In addition, within approximately the next 45 days, (i) the Parties in this case, the parties in the *Jane Doe* case, and the DOL and NYAG will finalize a stipulation of class settlement; and (ii) the Parties in this case and the parties in the *Jane Doe* case will jointly move the *Jane Doe* court for preliminary approval of the class settlement.

In light of the above, Pursuant to Civil Local Rule 6-2, the Parties in the above-captioned action, by and through their respective counsel of record, hereby jointly **STIPULATE AND AGREE**, and request as follows:

1. The Parties shall submit the motion to transfer described above on or before May 14, 2021.

2. All other existing deadlines in the case are hereby stayed.

Dated: April 30, 2021

By: /s/ Andrew N. Goldfarb
Andrew N. Goldfarb

Andrew N. Goldfarb (Cal. Bar No. 235615)
Daniel K. Amzallag (pro hac vice)
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
Tel: (202)778.1800
Fax: (202) 822.8106
agoldfarb@zuckerman.com
damzallag@zuckerman.com

D. Brian Hufford (pro hac vice)
Jason S. Cowart (pro hac vice)
Nell Z. Peyser (pro hac vice)
ZUCKERMAN SPAEDER LLP
485 Madison Ave., 10th Floor
New York, NY 10022
Tel: (212) 704-9600
Fax: (917) 261-5864
dbhufford@zuckerman.com
jcowart@zuckerman.com
npeyser@zuckerman.com

PSYCH-APPEAL, INC.
Meiram Bendat (Cal. Bar No. 198884)
8560 West Sunset Boulevard, Suite 500
West Hollywood, CA 90069
Tel: (310) 598-3690, x.101
Fax: (310) 564-0040
meiram@psych-appeal.org

*Attorneys for Plaintiffs and the Putative Class*

Dated: April 30, 2021

By: /s/ Michael W. Lieberman
Michael W. Lieberman

Christopher Flynn (pro hac vice)
Michael W. Lieberman (pro hac vice)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel: (202) 264.2500
Fax: (202)628-5116
cflynn@crowell.com
mlieberman@crowell.com

Jennifer S. Romano (SBN 195953)
Narain Kumar (SBN 301533)
Margaret Carroll Gomes (SBN 301929)
CROWELL & MORING LLP
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
Tel: (213) 622-4750
Fax: (213) 622-2690
jromano@crowell.com
nkumar@crowell.com

*Attorneys for Defendants*

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: April 30, 2021

/s/ Michael W. Lieberman
Michael W. Lieberman