# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| JANE SMITH and JANE ROE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE CO. and UNITED BEHAVIORAL HEALTH,<br><br>Defendants. | Case No. 4:18-cv-06336-HSG<br><br>**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS**<br><br>Judge:     Hon. Haywood S. Gilliam, Jr.<br>Magistrate Judge: Hon. Kandis A. Westmore |

Before the Court is the Parties' Notice of Settlement and Stipulation to Stay Proceedings. Having reviewed the submission,

IT IS HEREBY ORDERED that the Parties shall submit the motion to transfer this case and consolidate it with the *Jane Doe v. UnitedHealth Group, Inc.*, Case No. 1:17-cv-4160 in the U.S. District Court for the Eastern District of New York on or before May 14, 2021.

IT IS HEREBY FURTHER ORDERED that all other existing deadlines in the case are hereby stayed.

**IT IS SO ORDERED.**

Dated: 5/12/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge